IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF ILLINOIS<br><br>              Plaintiffs,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION,<br><br>and<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM<br><br>              Defendants. | 1:15-cv-11473<br>Judge Jorge L. Alonso<br>Magistrate Judge Jeffrey Cole<br><br>FILED<br>DEC 21 2015<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION
TO FILE COMPLAINT UNDER SEAL**

Plaintiff, the Federal Trade Commission (the "Commission"), respectfully moves the Court for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Rules 5.7 and 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, directing the Clerk of the Court to file under seal, until further order, the following document in this action:

- Complaint for Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act.

Due to special circumstances, explained and supported by the memorandum in support of the Commission's motion attached hereto, it is necessary to restrict access to the above document during the initial filing of the Commission's moving papers.

The Commission is aware that absent an order extending or setting aside the sealing, the document and its contents will become public on the seventh day following the date of filing.

Counsel for the Commission has conferred with counsel for all Defendants on this motion. Counsel for Defendants have indicated they will not oppose this motion.

A proposed order is attached.

Dated: December 21, 2015

Respectfully Submitted,

JAMES T. GREENE, ESQ.
CHARLES LOUGHLIN, ESQ.
SEAN P. PUGH, ESQ.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-5196
Facsimile: (202) 326-2286
Email: tgreene2@ftc.gov
Email: cloughlin@ftc.gov
Email: spugh@ftc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2015, I served the foregoing on the following counsel via electronic mail:

Robert W. Pratt, Esq.
Chief, Antitrust Bureau
Office of the Attorney General
State of Illinois
100 West Randolph Street
Chicago, Illinois 60601
Telephone: (312) 814-3000
Facsimile: (312) 814-4209
Email: rpratt@atg.state.il.us

*Counsel for Plaintiff State of Illinois*

Robert W. McCann, Esq.
Kenneth M. Vorrasi, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005
Telephone: (202) 842-8800
Email: Robert.McCann@dbr.com
Email: Kenneth.Vorrasi@dbr.com

*Counsel for Defendants Advocate Health Care Network and Advocate Health and Hospitals Corporation*

David E. Dahlquist, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5660
Email: Ddahlquist@winston.com

*Counsel for Defendant NorthShore University HealthSystem*

_____
SEAN P. PUGH
Attorney for Plaintiff Federal Trade Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF ILLINOIS<br><br>                    Plaintiffs,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION,<br><br>and<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM<br><br>                    Defendants. | No. ____-cv-_____ |

### [PROPOSED] ORDER DIRECTING THE FILING UNDER SEAL OF THE COMPLAINT

Upon consideration of Plaintiff Federal Trade Commission's unopposed motion for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Rules 5.7 and 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, to file certain documents under seal,

**IT IS HEREBY ORDERED** that the Complaint for Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act ("Complaint") be filed under seal until further order of the Court; and

**IT IS FURTHER ORDERED** that Plaintiff Federal Trade Commission may move to unseal the Complaint after Defendants and third parties have had full opportunity to review it; and

**IT IS FURTHER ORDERED** that counsel for Plaintiffs Federal Trade Commission and State of Illinois and counsel for all Defendants shall have access to the Complaint without further order of the Court, and the Court may destroy the document following the conclusion of the case.

**SO ORDERED,** this \_\_\_\_ day of _____, 2015.

_____
United States District Court Judge

## NAMES OF PERSONS TO BE SERVED

James T. Greene, Esq.
Charles Loughlin, Esq.
Sean P. Pugh, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-5196
Facsimile: (202) 326-2286
Email: tgreene2@ftc.gov
Email: cloughlin@ftc.gov
Email: spugh@ftc.gov

James H. Davis, Esq.
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
Telephone: (312) 960-5634
Facsimile: (312) 960-5600
Email: jdavis@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

Robert W. Pratt, Esq.
Chief, Antitrust Bureau
Office of the Attorney General
State of Illinois
100 West Randolph Street
Chicago, Illinois 60601
Telephone: (312) 814-3000
Facsimile: (312) 814-4209

*Counsel for Plaintiff State of Illinois*

Robert W. McCann, Esq.
Kenneth M. Vorrasi, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005
Telephone: (202) 842-8800
Email: Robert.McCann@dbr.com
Email: Kenneth.Vorrasi@dbr.com

*Counsel for Defendants Advocate Health*
*Care Network and Advocate Health and*
*Hospitals Corporation*

David E. Dahlquist, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5660
Email: Ddahlquist@winston.com

*Counsel for Defendant NorthShore*
*University HealthSystem*