IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>And<br><br>STATE OF ILLINOIS<br><br>                Plaintiffs,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION,<br><br>And<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM<br><br>                Defendants. | No. 15-cv-11473<br>Magistrate Judge Jeffrey Cole |

## DECLARATION OF JENNIFER MILICI

I, Jennifer Milici, declare as follows:

1. I am an attorney employed by Plaintiff, the United States Federal Trade Commission. I submit this declaration in support of Plaintiff's Opposition to the Defendants' Motion to Compel Plaintiff's Production of Data and Information Relied Upon in the Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of a December 30, 2015 email from Jonathan Todt to Tom Greene attaching Defendants' Proposed Case Management Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of a December 30, 2015 email from Tom Greene to Jonathan Todt attaching Plaintiffs' Draft Case Management Order.

4. Attached hereto as Exhibit 3 is a true and correct copy of a January 4, 2016 email from Tom Greene to Jonathan Todt attaching Combined CMO Draft and Schedule.

5. Attached hereto as Exhibit 4 is a true and correct copy of a January 5, 2016 email from Jonathan Todt to Tom Greene attaching Defendants' edits to the Proposed Case Management Order and Draft PI CMO Schedule with Comparisons.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 26th day of January 26, 2016, in Washington, DC.

Jennifer Milici

2