IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF ILLINOIS<br><br>  *Plaintiffs*,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br><br>ADVOCATE HEALTH AND HOSPITALS CORP.,<br>and<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>  *Defendants*. | Case No.: 1:15-cv-11473<br>Judge Jorge L. Alonso<br>Mag. Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 8, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey Cole, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1003 at 219 South Dearborn, Chicago, Illinois, and present the Amita Health's Motion to Amend the Agreed Confidentiality Order and Opposition to Defendant's Combined Motion for Order Approving Designation of Representatives for Access to Highly Confidential Information.

DATED:  February 4, 2016	/s/ David B. Honig
David B. Honig, 62111-30
William E. Berlin, DC # 443613
HALL RENDER KILLIAN HEATH & LYMAN
1050 K Street, NW, Suite 315
Washington, DC 200001
Telephone: (202) 370-9582
Facsimile: (202) 638-0604
E-mail: dhonig@hallrender.com
wberlin@hallrender.com


*Attorneys for Amita Health*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused a true and correct copy of the foregoing document to be sent to all counsel of record on February 4, 2016 by the Electronic Case Filing System of the Northern District of Illinois.


            */s/* David B. Honig
            David B .Honig