**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF ILLINOIS<br><br>      *Plaintiffs*,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION,<br><br>and<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM<br><br>      *Defendants*. | **Case No. 15-cv-11473<br>Judge Jorge L. Alonso<br>Mag. Judge Jeffrey Cole** |

**PLAINTIFFS' PROPOSAL REGARDING CONFIDENTIAL INFORMATION IN THE COURT'S PRELIMINARY INJUNCTION MOTION OPINION**

Plaintiffs Federal Trade Commission ("FTC") and the State of Illinois (collectively with FTC, "Plaintiffs")[1] understand that the Court's opinion on the preliminary injunction motion may contain confidential or highly confidential information as designated by the parties or by third parties. Therefore, in advance of the joint status hearing scheduled for June 7, 2016, Plaintiffs respectfully submit this proposal and suggest for the Court's consideration the following process to ensure that confidential information is properly protected in the Court's opinion on the preliminary injunction motion. This proposal is similar to the process the court ordered in both

---

[1] Counsel for Plaintiffs and Defendants discussed this proposal prior to filing. Defendants do not agree and object to the filing of this proposal as improper.

*FTC, et al. v. Sysco Corp., et al.*, 15-cv-00256 (D.D.C. 2015), and *FTC, et al. v. Staples, Inc., et al.*, 15-cv-02115 (D.D.C. 2016). *See* Ex. 1 n.1; Ex. 2 n.1.

1. The Court issues a short, publicly available Order on the docket notifying the public of the Court's decision on the preliminary injunction motion.

2. Simultaneous to the publicly available Order, the Court issues its unredacted opinion under seal and provides counsel for the Plaintiffs and outside counsel for the Defendants with access to its unredacted opinion.

3. Counsel shall review the unredacted opinion, meet-and-confer, and present for the Court's consideration joint proposed redactions to the opinion no later than 5:00 pm Central Time on the third business day following the issuance of the unredacted opinion. During this time, it will be the responsibility of the parties to notify third parties if their confidential or highly confidential information is contained in the Court's unredacted opinion and obtain third parties' input as to whether any redaction of their information should be made in the opinion.

4. To the extent the parties do not agree on specific redactions, the parties will present competing proposals to the Court with an explanation for why information should or should not be redacted.

5. Subsequent to the submission of the parties' proposed redactions, the Court will consider the parties' proposals and issue a public version of its opinion.

Dated: June 3, 2016 Respectfully Submitted,

/s/ J. Thomas Greene
J. Thomas Greene, Esq.
Kevin Hahm, Esq.
Sean P. Pugh, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3201
Facsimile: (202) 326-2286
Email: tgreene2@ftc.gov
Email: khahm@ftc.gov
Email: spugh@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

/s/ Robert W. Pratt
Robert W. Pratt, Esq.
Office of the Attorney
State of Illinois
100 West Randolph Street
Chicago, IL 60601
Telephone: (312) 814-3000
Facsimile: (312) 814-4209
Email: rpratt@atg.state.il.us

*Counsel for Plaintiff State of Illinois*