IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) <br> and STATE OF ILLINOIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ADVOCATE HEALTH CARE, ) <br> ADVOCATE HEALTH AND ) <br> HOSPITALS CORPORATION, and ) <br> NORTHSHORE UNIVERSITY ) <br> HEALTHSYSTEM, ) <br> ) <br> Defendants. ) | No. 15 C 11473 <br><br> Judge Jorge L. Alonso |

**ORDER**

Plaintiffs have sued defendants to enjoin them from consummating their proposed merger pending completion of the FTC's administrative trial on the merits of plaintiffs' antitrust claims. After a six-day hearing and consideration of the parties' evidentiary submissions and arguments, the Court finds that plaintiffs have not met their burden of showing that there is a likelihood that they will succeed on the merits of their antitrust claims. Therefore, the Court denies plaintiffs' motion for a preliminary injunction [152].

Because the Court's Memorandum Opinion and Order contains competitively sensitive information, the Court will issue it under seal, so the parties may meet and confer with one another and third parties about proposed redactions. The parties are to submit their proposed redactions to the Court no later than 12:00 p.m. on Friday, June 17, 2016. After considering the proposed redactions, the Court will issue a public version of the Memorandum Opinion and Order.

**SO ORDERED.**                    **ENTERED: June 14, 2016**

_____
**HON. JORGE L. ALONSO**
**United States District Judge**