**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FEDERAL TRADE COMMISSION

      And

STATE OF ILLINOIS

                Plaintiffs,


         v.

ADVOCATE HEALTH CARE NETWORK,

ADVOCATE HEALTH AND HOSPITALS
CORPORATION,

      And

NORTHSHORE UNIVERSITY
HEALTHSYSTEM

              Defendants.

No. 15-cv-11473
Judge Jorge L. Alonso
Magistrate Judge Jeffrey Cole

**<u>ORDER GRANTING PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL</u>**

Upon consideration of the motion of Plaintiffs Federal Trade Commission and the State

of Illinois ("Plaintiffs") for an injunction pursuant to Fed. R. Civ. P. 62(c) enjoining the proposed

transaction between Defendants Advocate Health Care Network and Advocate Health and

Hospitals Corporation ("Advocate") and NorthShore University HealthSystem ("NorthShore")

pending appellate review of the Court's Order [472] and Memorandum Opinion and Order [473]

denying Plaintiffs' Motion For Preliminary Injunction,

NOW, THEREFORE, IT IS

ORDERED that Plaintiffs' Motion for Injunction Pending Appeal is hereby granted, and it is further

ORDERED that Defendants are enjoined from consummating their proposed transaction pending appellate review of the Court's Order [473] and Memorandum Opinion and Order [473].


SO ORDERED:


6/17/16                                    _____
                                           Jorge L. Alonso
                                           United States District Judge